**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**BROTHERHOOD OF LOCOMOTIVE
ENGINEERS AND TRAINMEN GENERAL
COMMITTEE OF ADJUSTMENT CSX
TRANSPORTATION NORTHERN LINES,**

    Plaintiff/Petitioner,

v.                                    **CASE NO. 3:05-cv-00018-JHM-TEM**

**CSX TRANSPORTATION, INC.**

**and**

**UNITED TRANSPORTATION UNION
BALTIMORE & OHIO SYSTEM C-T & E,**

    Defendants/Respondents.

_____/

**O R D E R**

On August 4, 2005 the Court entered an Order (Dkt. 54) involving the parties' motions for summary judgment. However, for purposes of clarity, it is hereby requested that the parties inform the Court no later than **August 23, 2005** as to whether any outstanding claims remain in this case. If the parties instruct the Court that no outstanding claims remain, the Court, pursuant to Rule 54(b), Federal Rules of Civil Procedure, will direct the Clerk to include express certification "that there is no just reason for delay" in the entry of a Final Judgment as to fewer than all of the claims or parties.

      **DONE AND ORDERED** in Chambers at Jacksonville, Florida this __16___ day of August, 2005.

_____
JOHN H. MOORE II
United States District Judge