**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**BROTHERHOOD OF LOCOMOTIVE
ENGINEERS AND TRAINMEN GENERAL
COMMITTEE OF ADJUSTMENT CSX
TRANSPORTATION NORTHERN LINES,**

    Plaintiff/Petitioner,

**v.**                                 **CASE NO. 3:05-cv-00018-JHM-TEM**

**CSX TRANSPORTATION, INC.**

**and**

**UNITED TRANSPORTATION UNION
BALTIMORE & OHIO SYSTEM C-T & E,**

    Defendants/Respondents.

_____/

**O R D E R**

On August 16, 2005 this Court entered an Order (Dkt. 55) requesting that the parties advise the Court as to whether any outstanding claims remain in this case. On August 23, 2005, the parties filed a Joint Response to Court Order Dated August 16, 2005 (Dkt. 57). In the Joint Response (Dkt. 57), the parties provided they "agree that no outstanding claims remain in this case, and the Court's August 4, 2005 Order is dispositive." (Dkt. 57). The parties also requested that the Court direct the Clerk to enter a final judgment in this case.

Upon due consideration and finding no outstanding claims remaining, the Clerk is hereby **DIRECTED** to enter Final Judgment in accordance with this Court's Order dated August 4, 2005 (Dkt. 54). The Court finds, pursuant to Rule 54(b), Federal Rules of Civil Procedure, that "there is no just reason for delay" in the entry of a Final Judgment as to fewer than all of the claims or parties.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this __25___ day of August, 2005.

_____
JOHN H. MOORE II
United States District Judge